JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

*E-FILING*

FILED

2008 JUL 24  A 9: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN TORRES-MARTINEZ,<br><br>  Defendant. | CR-08 00488 JW PVT<br><br>VIOLATION: 8 U.S.C. § 1326 –<br>Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

### INFORMATION

The United States charges:

On or about June 23, 2008, the defendant

MARTIN TORRES-MARTINEZ,

an alien, previously having been arrested and deported from the United States on or about July 14, 1998 and November 2, 1998, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in

//
//

1 | violation of Title 8, United States Code, Section 1326.
2 | DATED: *July 23, 2008*  JOSEPH P. RUSSONIELLO
   |                         United States Attorney
3 |
4 |
5 |                         *[signature]*
   |                         DAVID R. CALLAWAY
   |                         Deputy Chief, San Jose Office
6 |
7 | (Approved as to form: *[signature]*)
   |                       SAUSA MANDELL

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**ORIGINAL FILED**
08 JUL 24 AM 9:07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
MARTIN TORRES-MARTINEZ

DISTRICT COURT NUMBER

**CR - 08  00488  PVT**    JW

--- DEFENDANT ---

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
5-08-70409-HRL

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    CHAD MANDELL

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?    ☐ Yes ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶ _____    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: