AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

Martin Torres-Martinez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-00488 JW

I, __Martin Torres-Martinez__, the above named defendant, who is accused of

Title 8 U.S.C. section 1326, illegal re-entry

**FILED**
JUL 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/24/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Martin Torres_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer