1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant TORRES-MARTINEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-08-00488 JW
                                        )
12                   Plaintiff,         )    **NOTICE OF SUBSTITUTION
                                        )    OF COUNSEL**
13   vs.                                )
                                        )
14   MARTIN TORRES-MARTINEZ             )
                                        )
15                   Witness.           )
     _____)

16

17        The Federal Public Defender, Barry Portman, has been appointed as counsel for

18   MARTIN TORRES-MARTINEZ.  Pursuant to General Order 45 of the Local Rules, Assistant

19   Federal Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for

20   Martin Torres-Martinez.  Mr. Araujo will be replacing Assistant Federal Public Defender

21   Nicholas P. Humy as counsel of record.  Counsel's contact information is listed above.

22

23   Dated: July 29, 2008                    _____/s/_____
                                             MANUEL U. ARAUJO
24                                           Assistant Federal Public Defender

25

26   NOTICE OF SUBSTITUTION
     OF COUNSEL
     NO. CR-08-00108

                                        1