JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile:  (408) 535-5066
    Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    08-00488 JW |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM JULY |
| v. | ) | 23, 2008 TO SEPTEMBER 9, 2008 FROM |
| | ) | THE SPEEDY TRIAL ACT |
| MARTIN TORRES-MARTINEZ, | ) | CALCULATION (18 U.S.C. § |
| | ) | 3161(h)(8)(A)) |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The parties stipulate that the time between July 23, 2008 and September 9, 2008 is excluded

under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

continuance would unreasonably deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the

public, and the defendant in a speedy trial and in the prompt disposition of criminal

//

//

1  cases.  18 U.S.C. §3161(h)(8)(A).

2

3  DATED: September 3, 2008              JOSEPH P. RUSSONIELLO
                                         United States Attorney
4

5                                            /s/
                                         CHAD M. MANDELL
6                                        Special Assistant United States Attorney

7

8                                            /s/
                                         MANUEL ARAUJO
9                                        Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 23, 2008 and September 9, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE