JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile:  (408) 535-5066
Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

E-FILED
FILED
SEP - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEP 0  2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARTIN TORRES-MARTINEZ, <br> Defendant. | No.   08-00488 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 23, 2008 TO SEPTEMBER 9, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

  The parties stipulate that the time between July 23, 2008 and September 9, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal

//

//

1  cases. 18 U.S.C. §3161(h)(8)(A).
2
3  DATED: September 3, 2008                JOSEPH P. RUSSONIELLO
                                           United States Attorney
4
5                                                  /s/
                                           ─────────────────────────────
                                           CHAD M. MANDELL
6                                          Special Assistant United States Attorney
7
8                                                  /s/
                                           ─────────────────────────────
                                           MANUEL ARAUJO
9                                          Assistant Federal Public Defender
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 23, 2008 and September 9, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 9/8/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE